**Affirmed and Memorandum Opinion filed July 14, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00795-CR

## MICHAEL LLOYD GATES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1396498**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for aggravated sexual assault of a child under the age of fourteen. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable

grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant was provided with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).